UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                                       Case No. 1:09-cr-33

v.

                                       HONORABLE PAUL L. MALONEY

MARK ANDREW CARPENTER,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States

Magistrate Judge Hugh W. Brenneman, Jr. in this action.  The Report and Recommendation was

duly served on the parties, and no objection has been made thereto within the time required by

law.

        THEREFORE, IT IS ORDERED that:

        1.      The Report and Recommendation of the Magistrate Judge (Dkt. #28) is approved

and adopted as the opinion of the Court.

        2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the

charges set forth in Count One of the Indictment.

        3.      The written plea agreement is hereby continued under advisement pending

sentencing.


Date:   July 27, 2009                     /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge